JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RUIZ,<br><br>             Plaintiff,<br><br>     vs.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.: 2:20-cv-11032-MCS (PDx)<br><br>**JUDGMENT** |

   Good cause having been shown, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

   Judgment is hereby entered against Defendant FCA US LLC in favor of Plaintiff, Maria Ruiz.

   Defendant FCA US LLC shall pay the sum of $38,000.00 to Plaintiff as the total amount to be paid by FCA US on account of any liability claimed in this action, with the return of the subject vehicle (2017 Ram Promaster City Wagon SLT, VIN: ZFBERFBB1H6G19184) by Plaintiffs to FCA US, or its authorized

1  representative with clear title, current registration and free of any liens or
2  encumbrances.
3      The foregoing sum shall be paid ninety (90) days from the date Plaintiff's
4  Acceptance of FCA US's Rule 68 Offer of Judgment is executed and served by
5  Plaintiff. During this period, no interest will accrue on this sum.
6      In addition, Defendant FCA US LLC will pay Plaintiff and their attorneys
7  Romano Stancroff PC a sum equal to the aggregate amount of costs and expenses,
8  including attorney's fees based on actual time reasonably incurred in connection
9  with the commencement and prosecution of this action pursuant to Civil Code
10 Section 1794(d), to be determined by the court if the parties cannot agree.

12 IT IS SO ORDERED.

14 Dated: February 1, 2021

     _____
     MARK C. SCARSI
     UNITED STATES DISTRICT JUDGE